COMPOSANO, JAIME LOPEZ

V.

THE STATE OF TEXAS.

NO. 44,050-A-H-1
WR-83,932-01

DATED-November 10, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS.

FROM APPEAL N.WR-83,932-01
TRIAL CAUSE No. CT. No. 44,050-A-H-1
GREGG COUNTY, TEXAS.

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

I

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, JAIME LOPEZ COMPOSANO, PETITIONER, AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE FOLLOWING:

THE PETITIONER WAS CONVICTED IN THE 188TH DISTRICT COURT OF GREGG COUNTY, TEXAS OF THE OFFENSE OF MURDER IN CAUSE NO. 44050 A, STYLED STATE OF TEXAS VS. JAIME LOPEZ COMPOSANO. THE PETITIONER FILED A WRIT OF HABEAS CORPUS TO THE COURTS OF APPEALS, IN AUSTIN TEXAS. THE CASE WAS AFFIRMED ON 10/14/15

II

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL 12-15-2015. SINCE TIME PETITIONER HAS BEEN ATTEMPTING TO RECIEVED MORE LEGAL DOCUMENTS TO SUPPORT HIS WRIT OF HABEAS CORPUS.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE deadline FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CAUSE NO. 44050 TO WR-83,932-01.

JAIME LOPEZ COMPOSANO
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
ELLIS UNIT
TDCJ-ID# 1968811
HUNTSVILLE TEXAS 77343

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENS OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARD BY U.S. MAIL POSTAGE PRE PAID. TO THE ATTORNEY OF THE STATE TEXAS. AT COURTS OF CRIMINAL APPEALS. PO. BOX 12308 CAPITOL STATION, AUSTIN TEXAS. 78711

I, JAIME LOPEZ COMPOSAÑO, TDCJ# 1968811, being PRESENTLY INCARCERATED IN THE ELLIS UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN WALKER COUNTY, TEXAS, VERIFY AND declare UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 10th day of November, 2015

JAIME LOPEZ COMPOSAÑO
ELLIS UNIT. TDCJ# 1968811